UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, )<br>)<br>Defendant. ) | Civil Action No. 17-492 (TSC) |

## DEFENDANT'S PROPOSED ORDER

Upon consideration of the Parties' Joint Status Report and the schedule proposed therein, it is hereby ordered that:

1. On or before June 30, 2017, the United States Department of Defense shall make an interim release of documents to Plaintiff; and

2. On or before July 14, 2017, the parties shall submit a joint status report and proposed schedule for completion of production of all responsive non-exempt documents.

SIGNED:

_____          _____
Date                        TANYA S. CHUTKAN
                            United States District Judge