**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL SECURITY ARCHIVE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-492 (TSC) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| Defendant. | ) |

## JOINT NOTICE

Pursuant to the Court's July 26, 2017 Minute Order, Plaintiff the National Security Archive and Defendant the Department of Defense, by and through their undersigned counsel, respectfully submit this joint notice and propose the following three alternative dates for the Scheduling Conference:

- Monday, August 28, 2017
- Tuesday, August 29, 2017
- Wednesday, August 30, 2017


Dated: July 31, 2017

                                          Respectfully submitted,

| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | CHANNING D. PHILLIPS, D.C. Bar # 415793<br>United States Attorney |
|---|---|
| | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| /s/ Clifford M. Sloan | */s/ Melanie D. Hendry* |
| Clifford M. Sloan (D.C. Bar No. 417339)<br>Gregory B. Craig (D.C. Bar No. 164640)<br>Melissa R. Smith (D.C. Bar No. 1033985)<br>1440 New York Avenue N.W.<br>Washington, D.C. 20001<br>(202) 371-7000<br>Cliff.sloan@skadden.com | Melanie D. Hendry<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2510<br>Melanie.hendry2@usdoj.gov |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |