**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 17-492 (TSC) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S PROPOSED ORDER**

Upon consideration of the Parties' Joint Status Report and the schedule proposed therein, it is hereby ordered that the United States Department of Defense shall continue its release of documents every two months with the next production to be made February 28, 2018. The Department of Defense will also provide an index of both the original corpus of approximately 95,000 documents as well as an index of the new corpus of approximately 52,000 documents DOD Counsel identified at the September 7, 2017 hearing. Finally, the rescheduled hearing for this case will occur on _____.

SIGNED:

_____        _____
Dated:                              TANYA S. CHUTKAN
                                    United States District Judge