UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-492 (TSC) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| Defendant. | ) |

**DEFENDANT'S PROPOSED ORDER**

Upon consideration of the Parties' Joint Status Report, it is hereby ordered that:

1. The United States Department of Defense shall continue to process the documents responsive to Plaintiff's FOIA request at the rate of 4,000 pages every 60 days and release to Plaintiff those pages and segregable portions of documents that are not exempt from disclosure, with the next release to be made by February 28, 2018; and

2. The status conference scheduled for January 11, 2018 is vacated and rescheduled for _____, 2018.

SIGNED:

_____          _____
Date                                              TANYA S. CHUTKAN
                                                         United States District Judge