UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-492 (TSC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S AMENDED NOTICE**

Pursuant to the Court's February 1, 2018 Minute Order, Plaintiff the National Security Archive and Defendant the Department of Defense, have conferred and agree to propose the following three alternative dates for the Status Conference:

- Tuesday, February 6, 2018
- Wednesday, February 7, 2018
- Tuesday, February 27, 2018

The parties are available at the Court's convenience on the selected dates.

Dated: February 2, 2018

                Respectfully submitted,

                SKADDEN ARPS SLATE MEAGHER & FLOM LLP

                **/s/ Mitchell S. Ettinger**
Mitchell S. Ettinger (D.C. Bar No. 415451)
Clifford M. Sloan (D.C. Bar No. 417339)
Gregory B. Craig (D.C. Bar No. 164640)
Melissa R. Smith (D.C. Bar No. 1033985)
1440 New York Avenue N.W.
Washington, D.C. 20001
(202) 371-7000
Mitchell.Ettinger@skadden.com

*Counsel for Plaintiff*