# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 17-492 (TSC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S PROPOSED ORDER

Upon consideration of the Parties' Joint Status Report and the schedule proposed therein, it is hereby ordered that on or before June 30, 2018, the United States Department of Defense shall make another interim release of documents to Plaintiff, with subsequent productions every two months before the end of the month. The Department of Defense will produce an index of all withheld processed pages in this corpus along with the basis for that withholding at the end of production, as discussed at the February 6, 2018 status conference. The parties will submit their next Joint Status Report and Order six months from the date of this Order.

SIGNED:

_____

Dated:

_____

TANYA S. CHUTKAN
United States District Judge