**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL SECURITY ARCHIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-492 (TSC) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>**DEFENDANT'S PROPOSED ORDER**</u>

Upon consideration of the Parties' Joint Status Report, it is hereby ordered that the parties shall submit their next Joint Status Report six months from the date of this order.

SIGNED:

_____          _____
Dated:                            TANYA S. CHUTKAN
                                 United States District Judge